**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1164**

---

TILLIE M. TWITTY,

Plaintiff - Appellant,

versus

HUBBELL PREMISE-MARION, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-95-255)

---

Submitted: June 20, 1996       Decided: June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tillie M. Twitty, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing this action alleging age and race discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Twitty v. Hubbell Premise-Marion, Inc.</u>, No. CA-95-255 (W.D.N.C. Jan. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>